Fred Wright, by His Administrator Agnes Wright, Plaintiff-Appellant, v. Chicago Transit Authority, Defendant-Appellee.

Gen. No. 49,028.

First District, Second Division.

October 1, 1963.

Block & Levy, of Chicago (Alvin W. Block, of counsel), for appellant. No brief filed for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**